# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# BRYSON CITY DIVISION

## CRIMINAL NO. 2:05MJ217

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS. ) | **O R D E R** |
| ) | |
| KEVIN ROGERS ) | |

**THIS MATTER** is before the Court on the Defendant's motion to amend judgment to designate the Swain County Jail as the facility where the Defendant will serve his term of imprisonment imposed by this Court on March 29, 2006.

The United States Marshal has advised that the Bureau of Prisons no longer uses the Swain County Jail as a facility for the designation of prisoners because that facility does not meet BOP fire and safety regulations. Examples of local facilities that do meet such regulations include the Buncombe County Detention Facility and the Mecklenburg County Jail.

**IT IS, THEREFORE, ORDERED** that the Defendant's motion to amend judgment is hereby **DENIED**.

Signed: April 7, 2006

Lacy H. Thornburg
United States District Judge