# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# BRYSON CITY DIVISION

## CRIMINAL NO. 2:05MJ217

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| VS. | ) | **O R D E R** |
| | ) | |
| **KEVIN ROGERS** | ) | |

**THIS MATTER** is before the Court on the Defendant's second motion to amend judgment to designate the Buncombe County Detention Center as the facility where the Defendant will serve his term of imprisonment imposed by this Court on March 29, 2006.

The Bureau of Prisons, not the Court, designates the appropriate facility to which a defendant serves a sentence. The Court may recommend a specific facility to the BOP; however, such recommendation is not binding on the BOP. Therefore, while the Court will not amend the Judgment to order the Defendant be housed in the Buncombe County facility, a recommendation will be made for the reasons stated in the Defendant's motion.

**IT IS, THEREFORE, ORDERED** that the Defendant's second motion to amend judgment is hereby **DENIED**. In the alternative,

**IT IS HEREBY RECOMMENDED** to the Bureau of Prisons that the Defendant serve the sentence imposed herein at the Buncombe County Detention Center in Asheville, North Carolina.

Signed: April 11, 2006

Lacy H. Thornburg
United States District Judge